# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jabron Carr,<br><br>            Petitioner<br><br>    v.<br><br>James Dzurenda, et al.,<br><br>            Respondents | Case No. 2:19-cv-02167-JAD-BNW<br><br>**Order Transferring Action to Unofficial Northern Division** |

Petitioner, Jabron Carr, who is in custody at the Ely State Prison, has submitted an application to proceed *in forma pauperis*, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an *ex parte* motion for appointment of counsel. Carr started this action in the unofficial southern division of the court, but he is proceeding *pro se* and he is incarcerated in the unofficial northern division of the court. Under Local Rule LR IA 1-8(a), a *pro se* inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

IT IS THEREFORE ORDERED that this case is hereby transferred to the unofficial northern division of this court for all further proceedings. The Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division and CLOSE THIS CASE.

Dated: January 15, 2020

                                                                            U.S. District Judge Jennifer A. Dorsey